B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** <br> Lynette Taylor | **DEFENDANTS** <br> Bruce Fechnay |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) <br> Stark & Stark, P.C. <br> 993 Lenox Dr., Lawrenceville, NJ 08648 <br> (609) 896-9060 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only) <br> ☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin <br> ☒ Creditor ☐ Other <br> ☐ Trustee | **PARTY** (Check One Box Only) <br> ☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor ☐ Other <br> ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Determination of dischargeability pursuant to 11 U.S.C. Section 523 (a)(6).

### NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- ☐ 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☒ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- ☐ 71-Injunctive relief – imposition of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
- ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>Bruce Fechnay | BANKRUPTCY CASE NO.<br>07-14418 |||
| DISTRICT IN WHICH CASE IS PENDING<br>Eastern District of Pennsylvania | DIVISION OFFICE<br>Philadelphia || NAME OF JUDGE<br>Sigmund |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE || NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) ||||
| DATE<br>3/14/08 || PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Scott I. Unger ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

**STARK & STARK**
A Professional Corporation
By:   Scott I. Unger, Esquire (SU-2813)
      Timothy P. Duggan, Esquire (TD-3231)
Princeton Pike Corporate Center
993 Lennox Drive
Building Two - P.O. Box 5315
Princeton, New Jersey 08534-5315
(609) 896-9060
Attorneys for Lynette Taylor

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> BRUCE FECHNAY, <br><br> Debtor. | CHAPTER 7 <br><br> CASE NO. 07-14418 (DWS) |
| LYNETTE TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> BRUCE FECHNAY, <br><br> Defendant. | ADV. PRO. NO. <br><br><br> COMPLAINT OBJECTING TO DISCHARGE |

Plaintiff, Lynette Taylor, by way of Adversary Proceeding Complaint, says:

### JURISDICTIONAL STATEMENT

1. The Defendant, Bruce Fechnay, filed a bankruptcy petition under Chapter 13 of the United States Bankruptcy Code on August 2, 2007, in the United States Bankruptcy Court For the Eastern District op Pennsylvania. The Chapter 13 case was converted to Chapter

2. The Plaintiff is a creditor of the Defendant and Defendant's esta



RECEIVED MAR 1 8 2008 U.S. BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

3. Pursuant to 28 U.S.C. §157(b)(2)(I), this is a core proceeding under Title 11, United States Code, over which this Court has jurisdiction.

4. Pursuant to Bankruptcy Rule 7001(4), a proceeding to object to a discharge is deemed an adversary proceeding.

5. Venue is proper pursuant to 28 U.S.C. § 1409.

## FIRST COUNT

6. Plaintiff, Lynette Taylor ("Plaintiff") is an adult individual currently residing at 1002 Windsor Avenue, Dresher, PA 19025.

7. Defendant, Bruce L. Fechnay, M.S.W., PH.D. ("Fechnay") is a psychologist licensed to practice psychology in the Commonwealth of Pennsylvania.

8. At all time pertinent herein, Fechnay has held himself out as a clinical psychologist, possessing the ordinary and customary skill, diligence and knowledge of this specialty.

9. Beginning in December 2004, Plaintiff came under the care of Fechnay.

10. On or about December 28, 2004, Plaintiff had therapy sessions scheduled with Fechnay.

11. During that session, which lasted approximately six hours, Fechnay made inappropriate sexual comments to Plaintiff, placed her on his lap, confided inappropriate personal confidences to her, fondled her, kissed her, and licked her face, told her she was "sexy" and was arousing him, all the while reading her a child's story, "the Velveteen Rabbit."

12. The actions of Fechnay constitute an assault and battery upon Plaintiff. The intentional and improper conduct of Fechnay caused Plaintiff to suffer significant emotional distress, humiliation, embarrassment, mental anguish and further psychological trauma, ans she may continue to endure the same for an indefinite time in the future to her great detriment and loss.

13. As a further result of the intentional and improper conduct of Fechnay, Plaintiff received a setback in her recovery, and has required extensive treatment, or may, in the future require extensive treatment at great expense, to her great detriment and loss.

14. As a further result of the aforesaid, the Plaintiff is unable to attend to her usual and daily duties and occupation, and she may be unable to attend to the same for an indefinite time in the future, to her great detriment and loss.

15. Plaintiff has suffered additional losses, including the loss and appreciation of her earnings and earning power.

16. Fechnay's acts were wilful and malicious since the acts were wrongful, done intentionally, done without cause or excuse, and caused injury to Plaintiff.

17. Fechnay's tortuous conduct was certain or substantially certain to cause the harm to the Plaintiff.

18. The Plaintiff's claims are non-dischargeable pursuant to 11 U.S.C. §523 (a)(6).

WHEREFORE, Plaintiff demands judgment against Defendant for an order declaring that the Plaintiff's claim is not dischargeable under Bankruptcy Code §523 (a)(6), for attorney fees and costs of suit.

STARK & STARK
A Professional Corporation

By: /s/ Scott I. Unger
SCOTT I. UNGER, ESQUIRE
TIMOTHY P. DUGGAN
Attorneys for Plaintiff

Dated: March 13, 2008

K & STARK
NAL CORPORATION
EYS AT LAW
; ADDRESS
K 5315
N, NJ 08543-5315

G:\docs\LIT\DUG\taylor\Pleadings\Complaint Objecting to Discharge.wpd    -3-