# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| BRUCE L. FECHNAY, | : | Bankruptcy No. 07-14418DWS |
| Debtor. | : | |
| LYNETTE TAYLOR, | : | Adversary No. 08-0060 |
| Plaintiff, | : | |
| v. | : | |
| BRUCE FECHNAY, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 12th day of November 2008, upon consideration of the Plaintiff's Motion to Strike Answer and/or Entry of an Order for Sanctions (the "Motion"), after notice and hearing, and for the reasons stated in the accompanying Memorandum Opinion;

It is hereby **ORDERED** that the Motion is **GRANTED in Part**. Defendant Bruce Fechnay shall appear at a deposition to take place on **DECEMBER 8, 2008 at 10:00 a.m.** at the office of Plaintiff's counsel provided, however, that the deposition may be held at an earlier date on agreement of the parties. Should Defendant fail to appear for deposition as ordered the Plaintiff shall file a motion to preclude his testimony at trial supported by an affidavit so stating which shall be granted;

Adversary No. 08-0060

It is also **ORDERED** that Plaintiff is awarded attorney's fees and costs related to the Motion in an amount to be determined upon filing of a bill of costs. Defendant shall have 15 days from receipt of same to file any objection to the amount sought;

It is further **ORDERED** that a Joint Pretrial Statement shall be filed on or before **December 22, 2008**.

It is further **ORDERED** that trial of the above-captioned adversary proceeding shall be held on **JANUARY 14, 2009 at 10:00 A.M.** in the Robert N.C. Nix, Sr. Federal Courthouse, 2nd floor, 900 Market Street, Courtroom #3, Philadelphia, PA 19107. There shall be no extensions of the above dates.

                         DIANE WEISS SIGMUND
                         United States Bankruptcy Judge