**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| BRUCE L. FECHNAY, | : | |
| Debtor(s) | : | Bky. No. 07-14418ELF |
| | : | |
| LYNETTE TAYLOR, | : | |
| Plaintiff(s), | : | |
| v. | : | Adv. No. 08-060ELF |
| BRUCE L. FECHNAY, | : | |
| Defendant(s) | : | |

**O R D E R**

AND NOW, following a trial of the above adversary proceeding and for the reasons set forth in the accompanying Memorandum, it is hereby determined that the Defendant-Debtor's debt to the Plaintiff is **NONDISCHARGEABLE** pursuant to 11 U.S.C. §523(a)(6).

Date:  March 5, 2010

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

**Counsel**
Scott Unger
Timothy Duggan
Attorneys for the Plaintiff

David A. Scholl
Roger Ashodian
Attorneys for the Debtor